UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH RAY RICH, <br><br> Petitioner, <br><br> v. <br><br> J. MACOMBER, Warden, <br><br> Respondent. | Case No. CV 16-00894-SJO (SHK) <br><br> ORDER DISMISSING ACTION WITHOUT PREJUDICE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the relevant records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge. No objections to the Report and Recommendation were filed. The Court has made a <u>de novo</u> determination of the Report and Recommendation and the Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action with prejudice.

Dated: August 30, 2018.

HON. S. JAMES OTERO
United States District Judge