JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH RAY RICH,<br><br>Petitioner,<br><br>v.<br><br>J. MACOMBER, Warden,<br><br>Respondent. | Case No. CV 16-00894-SJO (SHK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition be dismissed with prejudice.

Dated: August 30, 2018.

*S. James Otero*

HON. S. JAMES OTERO
United States District Judge